# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    G.M. Bergeron, Inc.<br>Debtor, | Chapter: 11<br>Case No: 09–41541<br>Judge Joel B. Rosenthal |

## ORDER
## REGARDING DEFICIENT FILING

Your recent filing of **Motion for Relief Stay** on **JULY 9, 2009** with the Court was deficient and/or defective as noted below:

☑    Service (Missing or Insufficient) **Missing.**

☐    Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐    Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐    Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☑    Other **The Attached List is missing. Please link to Doc. #34.**

You are hereby **ORDERED** to file the above required documents(s) on or before **JULY 20, 2009** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.
FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

| ○ United States Bankruptcy Court<br>1101 O'Neill Federal Building<br>10 Causeway Street<br>Boston, MA 02222–1074 | ⦿ United States Bankruptcy Court<br>211 Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608–2076 | ○ United States Bankruptcy Court<br>United States Courthouse<br>300 State Street, Suite 220<br>Springfield, MA 01105–2925 |
|---|---|---|

Date:7/9/09

By the Court,

<u>Madelyn Bedard</u>
Deputy Clerk
508–770–8918

35 – 34