UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

_____
                        )
In re:                  )
                        )      Chapter 11
G.M. Bergeron Inc.      )      Case no. 09-41541-JBR
                        )
        Debtor          )
_____)

### MOTION OF THE U.S. SMALL BUSINESS ADMINISTRATION
### FOR AN EXTENSION OF TIME TO FILE A PROOF OF CLAIM

The U.S. Small Business Administration (SBA) moves this court to extend the time for

the SBA to file a proof of claim in the above-captioned matter until September 16, 2009, or such

other date as this Court deems appropriate.

In support of this Motion, the SBA respectfully represents as follows:

1.    The SBA is not listed as a creditor in the schedules submitted;

2.    The SBA was unaware of this bankruptcy and not given notice of it;

3.    Colson Services is listed as among the 20 large creditors in the Motion for Order for

      Fixing Time within which Proofs of Claim must be Filed;

4.    Colson Services does services certain loans for SBA;

5.    SBA is not listed as a creditor by debtor;

6.    Debtor did sign the attached assumption agreement as an assenting guarantor;

7.    SBA is owed $ 25,890.57 by GM Realty Inc, Gerard M. Bergeron President, which is

      secured by real estate at 770 West Boylston Street, Worcester, Massachusetts.

8.    Said motion to fix time was dated May 19, 2009 and parties with notice were given until

      July 10, 2009;

9.     SBA requests that it be given the same amount of time to review its documents and

examine debtor as other creditors were given to determine the amount of any obligation,

owed it by debtor.


                                    Respectfully submitted,
                                    U.S. SMALL BUSINESS ADMINISTRATION
                                    By its attorneys

                                    MICHAEL K. LOUCKS
                                    Acting United States Attorney

Dated: July 10, 2009          By:   /s/ Christopher R. Donato
                                    CHRISTOPHER R. DONATO
                                    Assistant United States Attorney
                                    John Joseph Moakley Courthouse
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA 02210
                                    (617) 748-3303

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

_____
                                    )
In re:                              )
                                    )         Chapter 11
G.M. Bergeron Inc.                  )         Case no. 09-41541-JBR
                                    )
          Debtor                    )
_____)

## CERTIFICATE OF SERVICE

I, Christopher R. Donato, hereby certify that on July 10, 2009, I caused true copies of the

SBA's Motion for Extension of Time to File Proof of Claim to be served on the entities listed on

the attached service list via first class mail, postage prepaid and via Electronic Case Filing where

so indicated.


                              Respectfully submitted,

                              U.S. SMALL BUSINESS ADMINISTRATION
                              By its attorneys

                              MICHAEL K. LOUCKS
                              Acting United States Attorney

Dated: July 10, 2009      By:   /s/ Christopher R. Donato
_____        CHRISTOPHER R. DONATO
                                 Assistant United States Attorney
                                 John Joseph Moakley Courthouse
                                 1 Courthouse Way, Suite 9200
                                 Boston, MA 02210
                                 (617) 748-3303

3

## SERVICE LIST

Bowditch & Dewey, LLP
311 Main St.
Worcester, MA 01608

Caterpillar Financial Services Corporation
2120 West End Avenue
P.O. Box 340001
Nashville, TN 37203

Concord Lumber Corporation
c/o Alan M. Cohen, Esquire
LAW OFFICES OF ALAN M. COHEN LLC
550 Worcester Road
Framingham, MA 01702

G.M. Bergeron, Inc.
770 West Boylston Street
Worcester, MA 01606

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

Shepherd & Goldstein
The Granite Group Wholesalers, LLC
c/o Alan M. Cohen, Esquire
LAW OFFICES OF ALAN M. COHEN LLC
550 Worcester Road
Framingham, MA 01702

The Jack Farrelly Company
c/o Alan M. Cohen, Esquire
Law Offices of Alan M. Cohen LLC
550 Worcester Road
Framingham, MA 01702

ABCO Welding and Industrial Supply
P.O. Box 296
Waterford, CT 06385

AH Harris
P.O. Box 30135
Hartford, CT 06150

Acadia Insurance Co.
P.O. Box 10129
Albany, NY 12201

Adriano DosSantos
135 East Main Street, F9
Westborough, MA 01581

Affordable Windows
1152 Main Street
Leicester, MA 01524

Affordable Windows and Doors Co., Inc.
Attn: President Mohsen Sadegh
1152 Main St.
PO Box 188
Leicester, MA 01524

Aggregate Industries North East
P.O. Box 8500
Philadelphia, PA 19178

All Seasons Forming Supplies
199 Nashua St.
Leominster, MA 01453

All in 1 Insulation
350 Worcester Street
West Boylston, MA 01583

All-In-One/Moore
c/o Kiely & Ferrante, LLC
4 Parker Street
Gloucester, MA 01930

Alm and Son Septic Service
398 Wickaboag Valley Road
West Brookfield, MA 01585

Alside Supply
Recovery One, LLC
5100 Parkcenter Ave
Dublin, OH 43017

Alside Supply Center
60 Salferino Street
Worcester, MA 01604

American Express
P.O. Box 360001
Fort Lauderdale, FL 33336

American Express Bank, FSB
POB 3001
Malvern, PA 19355-0701

Arakelian, Seth
157 Woodridge Road
Holden, MA 01520

Aspen Publishers
4829 Innovation Way
Chicago, IL 60682

B&R Surveyors
P.O. Box 102
Worcester, MA 01613

Beacon Sales Company
1150 West Chestnut St.
Brockton, MA 02301

Beacon Sales Company
P.O. Box 415439
Boston, MA 02241

Belmont Springs
P.O. Box 530578
Atlanta, GA 30353

Bernie Daigle
8 Julie Ann Circle
Rutland, MA 01543

Best Tile Dist. of N.E., Inc.
P.O. Box 909
Ludlow, MA 01056

Better Business Bureau
340 Main St.
Worcester, MA 01608

Blackstone Valley Paint Decor., Inc.
P.O. Box 545
Sutton, MA 01590

Bobcat of Worcester
20 Concord Street
North Reading, MA 01864

Bohler Engineering, P.C.
35 Technology Drive
Warren, NJ 07059

Brian and Susan O'Keefe
26 Rocky Woods Road
Hopkinton, MA 01748

Bruce and Lisa Harned
385 Quinapoxet Street
Holden, MA 01520

C and R Tire
P.O. Box 60396
Worcester, MA 01606

CEENG, LLC
770 West Boylston St.
Worcester, MA 01605

CNA Surety
P.O. Box 5077
Sioux Falls, SD 57117

CNH Capital
Dept. CH 10460
Palatine, IL 60055

CNH Capital
PO Box 3038
Evansville, IN 47730

Cabinet Creations Inc.
79 Reservoir Street
Holden, MA 01520

Camosse and Sons Masonry Supply
61 Southwest Cutoff
Worcester, MA 01604

Caterpillar Financial Services
P.O. Box 13834
Newark, NJ 07188

Caterpillar Financial Services Corporation
c/o Thomas K. McCraw, Jr., Esq.
LeClairRyan, A Professional Corporation
One International Place, 11th Floor
Boston, MA 02110

Central Mass Mechanical, Inc.
56 Summer Street
Shrewsbury, MA 01545

Chad Rossi
366 Coburn Ave.
Worcester, MA 01604

Chamber of Commerce
446 Main St.
Suite 200
Worcester, MA 01608

Chappell Tractor Sales
Route 13
P.O. Box 424
Milford, NH 03055

8

Charlton Well Co., Inc.
Route 20
P.O. Box 375
Charlton, MA 01507

Charter Communications
P.O. Box 830026
Baltimore, MD 21283

Commercial Fruit and Garden
1050 Southbridge Street
Worcester, MA 01610

Commonwealth of Massachusetts
Division of Unemployment Assistance
Bankr. Unit, 5th Fl, Attn: Chief Counsel
19 Staniford Street
Boston, MA 02114

Concord Lumber Corp.
P.O. Box 1526
Littleton, MA 01460

Concord Lumber Corp.
c/o Alan M. Cohen
Law Offices of Alan M. Cohen LLC
550 Worcester Rd.
Framingham, MA 01702

Consumer Auto Parts
75 Fortune Boulevard
Milford, MA 01757

Corrine Englehart
667 Grove Street
Worcester, MA 01605

D and R Roofing Co., Inc.
116 Davis Street
Douglas, MA 01516

D.H. Adams Co., Inc.
100 Thomas Street
Worcester, MA 01608

Daniel P. Sencabaugh, Esq.
Wayne, Richard & Hurwitz LLP
One Boston Place
Boston, MA 02108

Dario is Diesel
182 Southwest Cutoff
Worcester, MA 01604

David and Amy Pietrewicz
7 Grandview St.
Auburn, MA 01501

Dependable Hardwood Floors
9 Hall Street
Malden, MA 02148

Dieo Gas Inc.
630 Sunderland Rd.
Worcester, MA 01604

Direct It Corp.
39 Emerson Road
Suite 215
Waltham, MA 02451

Diversified Financial Services
P.O. Box 31639
Saint Louis, MO 63131

Diversified Financial Services, LLC
Gross and Welch, LP, LLO
Attn: Sheryl L. Lohaus
2120 South 72nd St., Suite 1500
Omaha, NE 68124

Doherty Painting Co.
176 Maple Ave
Rutland, MA 01543

Dovetail Internet Technologies
906 Boston Turnpike
Shrewsbury, MA 01545

Dovetail Internet Techonologies LLC
Mark Peters
906 Boston Turnpike
Shrewsbury, MA 01545

Draphix - MSC551
P.O. Box 12063
Birmingham, AL 12063

EBT Environmental Consulting
2 Wellington Rd
Oxford, MA 01540

Eastern Insurance
155 B Otis Street
P.O. Box 1129
Northborough, MA 01532

Employers Association
10 Park Ave.
Worcester, MA 01605

F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

Fallon Clinic, Inc.
P.O. Box 10025
Lewiston, ME 04243

Fallon Community Health Plan
P.O. Box 55472
Boston, MA 02205

Fastenal
17 East Mountain Street
Worcester, MA 01606

Fisher Auto Parts
P.O. Box 2246
Staunton, VA 24402

Fleet Pride
P.O. Box 281811
Atlanta, GA 30384

Ford Credit
P.O. Box 93000
Philadelphia, PA 19193

Ford Motor Credit Company LLC
Dept. 55953
P O Box 55000
Detroit MI 48255-0953

Frank and Doreen Kittredge
62 Moore Ave
Worcester, MA 01602

Fred Morin/Burger King
865 Grafton Street
Worcester, MA 01604

G-Neil Companies
P.O. Box 451179
Fort Lauderdale, FL 33345

G.M. Bergeron, Inc.
Euler Hermes ACI, agent
800 Red Brook Boulevard
Owings Mills, MD 21117

G.M. Realty, Inc.
770 West Boylston Street
Worcester, MA 01605

GE Capital
P.O. Box 642333
Pittsburgh, PA 15264

GMAC
P.O. Box 380901
Bloomington, MN 55438

GMAC
PO Box 130424
Roseville, MN 55113

Gaucher Plumbing and Heating
191 Green St.
Boylston, MA 01505

General Electric Capital Corp.
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

Gerald and Donna Buono
287 Beverly Rd.
Worcester, MA 01605

Gerard M. Bergeron
667 Grove Street
Worcester, MA 01605

Grainger, Inc.
Dept. 088-815176094
Palatine, IL 60038

Granger Lynch Corp.
P.O. Box 319
Millbury, MA 01527

Granite Group
P.O. Box 2004
Concord, NH 03302

Great West
Attn: 401K Operations Dept. 184
Denver, CO 80291

Greg and Kathy Lavelle
38 Laconia Road
Worcester, MA 01609

Hamshaw Lumber, Inc.
68 New Athol Road
P.O. Box 650
Orange, MA 01364

Harvey Industries
1400 Main Street
Waltham, MA 02451

Harvey Industries, Inc.
1400 Main St.
Waltham, MA 02451

Higgins Energy Alternatives
7 Worcester Road
Barre, MA 01005

Holden Municipal Light Dept.
One Holden Street
Holden, MA 01520

Holden, Town of
1204 Main St.
Holden, MA 01520

Holmes and Shusas
1 Ararat Street
Worcester, MA 01606

Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901

Howard Potash
308 Main Street
Worcester, MA 01608

Howard Potash, Esq.
306 Main St., Suite 300
Worcester, MA 01608

Idearc Media
5601 Executive Drive
Irving, TX 75038

Idearc Media Corp.
Attn: Acct. Receivable Dept.
P.O. Box 619009
Dallas, TX 75261

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

JD Mechanical
5 Myrick Ave
Worcester, MA 01606

Jack Farrelly Co.
97 Old Poquonock Road
Bloomfield, CT 06002

Jack Moor Assoc., Inc.
250 Barber Avenue
Worcester, MA 01606

James and Shirley Patch
6 Fairchild Dr.
Holden, MA 01520

Jerry's Hardware
1154 West Boylston Street
Worcester, MA 01606

Jessica E. Murphy, Esq.
Mirick, O'Connell, DeMallie
& Lougee, LLP
100 Front Street
Worcester, MA 01608

John C. Gates, Esq.
Curtiss, Carey, Gates, Graves,
& Goodridge, LLP
173 Main Street, P.O. Box 509
Greenfield, MA 01302

John and Janice Morrow
12 Arden Rd.
Worcester, MA 01606

John and Judy Brown
274 West Main St.
Westborough, MA 01581

John and Lisa Shufflebarger
6 Old Stone Bridge Path
Westborough, MA 01581

Julie Przypek
259 Reservoir Street
Holden, MA 01520

Kamco Supply Corp. of Boston
P.O. Box 83234
Woburn, MA 01813

Kamco Supply Corp. of Boston
c/o Robert W. Hurwitz, Esq.
Wayne, Richard & Hurwitz LLP
One Boston Place, Suite 3620
Boston, MA 02108

Kathyrn Korostoff
10 Hickory Road
Southborough, MA 01772

Ketan and Susan Shah
33 Peltier St.
Marlborough, MA 01752

Kitchen Associates, Inc.
Sterling Surfaces
76 Leominster Rd.
Sterling, MA 01564

Koopman Lumber Co.
665 Church Street
Whitinsville, MA 01588

Landmark, The
P.O. Box 546
Holden, MA 01520

Leader Garage Doors
8 Merriam Road
Charlton, MA 01507

Leblanc Tub Repair
5 Pershing St.
Fitchburg, MA 01420

Lesco
P.O. Box 530970
Atlanta, GA 30353

Liston Portables
P.O. Box 1981
Attleboro, MA 02703

Lowes
P.O. Box 530970
Atlanta, GA 30353

M.L.S. Property Information Network
904 Hartford Turnpike
Shrewsbury, MA 01545

M.R.E.
Michael Ricci Electrical
833 Charlton Street
Southbridge, MA 01550

Marilyn Wimmergren
24 Willage Road
Paxton, MA 01612

Marlite Inc.
Box 200538
Pittsburgh, PA 15251

Marlite Inc.
Commercial Collection Corp.
PO Box 288
Tonawanda, NY 14150

Masi Electric
P.O. Box 213
Douglas, MA 01516

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Mastermans, LLP
P.O. Box 411
Auburn, MA 01501

Matt and Sheila Smith
24 Morningside Drive
Shrewsbury, MA 01545

McLee Painting
Antonio R. Machado
8 Imperial Rd.
Worcester, MA 01604

McLee Painting
McLee International Group
8 Imperial Road
Worcester, MA 01604

Mechanics Bliss
15 Hermon Street
Worcester, MA 01610

Mid City Steel
P.O. Box 820
Westport, MA 02790

Milton Cat
P.O. Box 3851
Boston, MA 02241

Mitchell Electrical Contractors, Inc.
John F. Mitchell, Jr.
87 Albright Road
Sterling, MA 01564

NAPA Auto Parts
P.O. Box 414988
Boston, MA 02241

NESCO
P.O. Box 847177
Boston, MA 02284

Nal's Paint Center, Inc.
315 Brooks Street
Worcester, MA 01609

National Grid
National Grid Processing Center
Woburn, MA 01807

Nesco
40 Hudson Rd.
Canton, MA 02021

Nil and Heidi Shah
1 Woodside Drive
Shrewsbury, MA 01545

North Worcester Business Association
P.O. Box 847177
Worcester, MA 01606

Northeast Copier Systems, Inc.
P.O. Box 6060
Nashua, NH 03063

Nstar Gas
P.O. Box 4508
Woburn, MA 01888

O'Connell Fire Protection, Inc.
261 Brooks Street
Worcester, MA 01606

One Beacon
P.O. Box 4002
Woburn, MA 01888

One Beacon America Insurance Company
1 Beacon Lane
Canton, MA 02021

One Communications
P.O. Box 981039
Boston, MA 02298

OneBeacon Insurance
c/o RMS Bankruptcy Recovery Svcs
PO Box 5126
Timonium, MD 21094

Orciani Welding Co.
171 West Boylston Street
West Boylston, MA 01583

P.J. Keating Company
P.O. Box 367
Fitchburg, MA 01420

Palomar Custom Printing
774 West Boylston St.
Worcester, MA 01606

Pam Meleones
21 Oak Hill Road
Fayville, MA 01745

Paradigm Plastering
13 Point Estalee Dr.
Spencer, MA 01562

Pella Products, Inc.
424 Hartford Turnpike
Shrewsbury, MA 01545

Peter F. Carr, II, Esquire
(Counsel to Shrewsbury Lumber, LLC)
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110

Peter Lamontagne Concrete Inc.
360 Sherman Farm Road
Harrisville, RI 02830

Peterson Oil Service, Inc.
75 Crescent Street
Worcester, MA 01605

Peterson's Oil Service, Inc.
Euler Hermes ACI, agent
800 Red Brook Boulevard
Owings Mills, MD 21117

Pitney Bowes Credit Corp.
P.O. Box 856460
Louisville, KY 40285

Premium Fuels Corp.
307 Hartford Turnpike
Shrewsbury, MA 01545

Prescott, H.R.
165 Hartwell Street
West Boylston, MA 01583

Quick Lane
1 Salisbury Street
Holden, MA 01520

R.C. Shaw Sprinkler Co., Inc.
95 Webster Street
Worcester, MA 01603

Raynor Overhead Door
46 Milton Street
Worcester, MA 01605

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
For GE Money Bank
dba LOWES BRC
25 SE 2nd Ave Ste 1120
Miami FL 33131

Republic Plumbing Supply Co.
890 Providence Highway
Norwood, MA 02062

Restaurant Interiors, Inc.
270 Confederate Avenue
Jasper, GA 30143

Richard R. Hubbard, Esq.
P.O. Box 567
Uxbridge, MA 01569

Richard and Anne Strecker
3 Jack Straw Path
Westborough, MA 01581

Robert B. Gibbons, Esq.
Mirick, O'Connell, DeMallie
& Lougee, LLP
100 Front Street
Worcester, MA 01608

Robert W. Hurwitz, Esq.
Waye, Richard & Hurwitz LLP
One Boston Place
Boston, MA 02108

Robert and Diane Dillman
545 Pleasant Street
Paxton, MA 01612

Rocco Trotto
855 Main Street
Shrewsbury, MA 01545

Roger and Jen Breslin
41 Huckleberry Road
Hopkinton, MA 01748

Rome Building Products
18 Sherman Street
Worcester, MA 01610

SPB Contracting, Inc.
32 Greenfield Street
Worcester, MA 01604

Sam Hicks Asphalt Paving
32 Davidson Road
Charlton, MA 01507

Schultz Lubricants
164 Shrewsbury Street
West Boylston, MA 01583

Serrato Signs
15 Dewey Street
Worcester, MA 01609

Service Plus Disposal, Inc.
P.O. Box 1032
Worcester, MA 01613

Shrewsbury Lumber
P.O. Box 75
Shrewsbury, MA 01545

Shrewsbury Lumber, LLC
Peter F. Carr, II, Esquire
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110

Staples Credit Plan
Dept. 82-0002641538
P.O. Box 689020
Des Moines, IA 50368

Stephen and Rebecca Duquette
22 Pioneer Lane
Auburn, MA 01501

Sterling Concrete
194 Worcester Road
P.O. Box 1398
Sterling, MA 01564

Sterling Surfaces
76 Leominster Rd.
Sterling, MA 01564

Steve and Jean Angelini
15 Thomas Newton Drive
Westborough, MA 01581

Stock Building Supply
P.O. Box 414120
Boston, MA 02241

Summit Forms & Printing
456 West Boylston Street
P.O. Box 60300
Worcester, MA 01606

Sun Life and Health Insurance Co.
Box No. 6168
Carol Stream, IL 60197

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384

Sunnyside Motor Co. Inc.
944 Main St.
PO Box 74
Holden, MA 01520

Supply New England
123 East Street
P.O. Box 838
Attleboro, MA 02703

The Chamber Publishing Group
7 Lynde Street
Salem, MA 01970

The Granite Group Wholesalers, LLC
c/o Alan M. Cohen
Law Offices of Alan M. Cohen LLC
550 Worcester Rd.
Framingham, MA 01702

The Jack Farrelly Company
c/o Alan M. Cohen
Law Offices of Alan Cohen LLC
550 Worcester Road
Framingham, MA 01702

Tim and Cindy Sullivan
40 Martin St.
Millbury, MA 01527

Tom Eglin
650 Whitman Road
Worcester, MA 01609

Topaz Engineering Supply, Inc.
35 Pond Park Road
Hingham, MA 02043

Town of Douglas
P.O. Box 42
Medford, MA 02155

Travelers
Travelres Remittance Center
One Tower Square
Hartford, CT 06183

Trotto, Anne
855 Main Street
Shrewsbury, MA 01545

United Rentals (North America), Inc.
Credit Office #620
P.O. Box 19633A
Newark, NJ 07195

Verizon
P.O. Box 15150
Worcester, MA 01615

Verizon Wireless
P.O. Box 489
Newark, NJ 07101

Verizon Wireless
PO Box 3397
Bloomington, IL 61702

W.B. Mason Company, Inc.
59 Centre Street
P.O. Box 111
Brockton, MA 02303

W.W. Grainger, Inc.
7300 N. Melvina Ave M530
Niles, IL 60714

Wachusett Precast, Inc.
72 Pratts Junction Road
P.O. Box 901
Sterling, MA 01564

Wade Bergeron
772 Grove St.
Worcester, MA 01605

Wayne and Cheryl Smith
110 Dudley Road
Sutton, MA 01590

Webster First Federal Credit Union
One North Main Street
Webster, MA 01570

Worcester Glass Co.
376 West Boylston Street
Worcester, MA 01606

Worcester Sand and Gravel
182 Holden Street
Shrewsbury, MA 01545

Worcester Tire Co.
451 Southbridge Street
Worcester, MA 01610

Worcester, City of
P.O. Box 15602
Worcester, MA 01615

Yankee Engineering & Testing Inc.
10 Mason Street
Worcester, MA 01609

George W. Tetler III
Bowditch & Dewey
311 Main Street
PO Box 15156
Worcester, MA 01615

Mark W. Powers
Bowditch & Dewey
311 Main Street
P.O.Box 15156
Worcester, MA 01615

Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608