

<div style="writing-mode: vertical">8/26/2009 THE PROOF OF CLAIM WILL BE REMOVED FROM THE CLAIMS REGISTER. THE CREDITOR IS TO FILE AN AMENDED PROOF OF CLAIM REDACTING THE CONFIDENTIAL INFORMATION.</div>

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (WORCESTER DIVISION)

| | |
|---|---|
| **In re:**<br><br>**G. M. BERGERON, INC.,**<br><br>    **Debtor.** | **Chapter 11**<br>**Case No. 09-41541-JBR** |

## MOTION TO REDACT PORTION OF THE EXHIBIT TO
## P.J. KEATING COMPANY'S PROOF OF CLAIM

P.J. Keating Company ("P.J. Keating"), moves that this Court, pursuant to 11 U.S.C. §107(b), Bankruptcy Rule 9018 and MLBR 9018-1, redact a portion of Exhibit A to the Complaint attached in support of P.J. Keating Company's Proof of Claim (the "Proof of Claim"), insofar as the principal of the Debtor's social security number is inadvertently identified.

In support of this Motion, P.J. Keating states that:

1.    P.J. Keating filed a Proof of Claim on June 29, 2009.

2.    Upon notification by the U.S. Trustee's office that the Proof of Claim reflected Gerard M. Bergeron's social security number, P.J. Keating filed an Amended Proof of Claim on or about July 6, 2009 reflecting the redaction.

3.    No party shall be prejudiced by the allowance of this Motion.

**WHEREFORE,** P.J. Keating respectfully requests that this Court enter an Order redacting that portion of the original Proof of Claim filed on June 29, 2009 that references the principal of the Debtor, Gerard M. Bergeron's social security number; and

{Practice Areas\Lit\19605\00046\A1457093.DOC}